IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEMAINE MONTEIL CANNON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 23-CV-0293-GKF-MTS |
| ) | |
| THE STATE OF OKLAHOMA, ) | |
| ) | |
| Respondent. ) | |

## ADMINISTRATIVE CLOSING ORDER

This matter is before the Court for case management purposes. Having reviewed the documents filed in this case on July 14, 2023, and the record in *Cannon v. Quick*, Case No. 99-CV-0297-TCK-SH, the Court concludes that the instant action shall be administratively closed. Mr. Cannon is an Oklahoma prisoner sentenced to death and scheduled to be executed on July 20, 2023. On July 14, 2023, Mr. Cannon, appearing *pro se*, filed a successive capital habeas petition (Dkt. 1) and a motion to stay his execution (Dkt. 2). However, in an existing capital habeas case, this court appointed counsel to represent Mr. Cannon in "all available post-conviction process, together with applications for stays of execution and other appropriate motions and procedures." *See* Case No. 99-CV-0297-TCK-SH, Dkt. 370, at 2 (sealed). Given the urgency of Mr. Cannon's requests, the Court finds that they should be made in the existing case where Mr. Cannon is represented by counsel. As directed by the Court, the Clerk of Court docketed Mr. Cannon's *pro se* filings in his existing capital habeas case. *See* Case No. 99-CV-0297-TCK-SH, Dkts. 385, 386.

**IT IS THEREFORE ORDERED** that this matter shall be administratively closed and terminated.

**DATED** this 17th day of July, 2023.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma